UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALI AL-BALDAWI,<br><br>    Plaintiff,<br><br>v.<br><br>RATEMDS, INC.,<br><br>    Defendant. | Case No.  22-mc-80329-VKD<br><br>**ORDER SETTING DEADLINES FOR SERVICE AND CONSENT OR DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |

Dr. Ali Al-Baldawi has filed an *ex parte* application for an order pursuant to 28 U.S.C. § 1782 authorizing service of a subpoena for documents on RateMDs, Inc ("RateMDs"). This application requires a case-dispositive decision, and absent consent of all parties, this Court lacks jurisdiction to hear and decide this matter. *See* 28 U.S.C. § 636(c)(1); *CPC Pat. Techs. Pty Ltd. v. Apple, Inc*., 34 F.4th 801, 808 (9th Cir. 2022); *Williams v. King*, 875 F.3d 500 (9th Cir. 2017).

Dr. Al-Baldawi shall serve a copy of the application and this order on RateMDs by **December 23, 2022** and must promptly file proof of service thereafter. Dr. Al-Baldawi must file a "Consent or Declination to Magistrate Judge Jurisdiction"[1] form indicating whether he consents to or declines magistrate judge jurisdiction no later than **January 6, 2023**. RateMDs also may file a "Consent or Declination to Magistrate Judge Jurisdiction" form indicating whether it consents to or declines magistrate judge jurisdiction no later than **January 6, 2023**. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2).

---

[1] The form is available at https://cand.uscourts.gov/mj_consent-declination_form_10-2020/

If the Court does not have consent of both Dr. Al-Baldawi and RateMDs by **January 6, 2023**, the Court will order the Clerk to reassign this matter to a district judge.

**IT IS SO ORDERED.**

Dated: December 9, 2022

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge