UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF ALI AL-BALDAWI,<br><br>Applicant. | Case No. 5:22-mc-80329-EJD<br><br>**ORDER RE SUPPLEMENTAL BRIEFING AND SERVICE**<br><br>Re: ECF No. 5 |

Before the Court is Dr. Ali Al-Baldawi's ex parte application for an order under 28 U.S.C. § 1782 to authorize a subpoena against RateMDs Inc. for use in a Canadian proceeding. Before the Court may authorize a subpoena, it considers four discretionary factors, including (a) "the nature of the foreign tribunal, the character of the proceedings underway abroad, and the receptivity of the foreign government or the court or agency abroad to U.S. federal-court judicial assistance" and (b) "whether the § 1782(a) request conceals an attempt to circumvent foreign proof-gathering restrictions or other policies of a foreign country or the United States." *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004). Currently, Dr. Al-Baldawi's application does not include affirmative evidence or argument regarding either of those two factors. Instead, he argues only that the Court may infer these factors from his Canadian counsel's instructions to seek a subpoena from this Court, and that there is no evidence against either factor. These arguments and evidence are insufficient for the Court to determine if it should exercise its discretion to authorize a subpoena. Dr. Al-Baldawi is therefore ORDERED to file supplemental briefing of no more than five pages, by **May 2, 2023**, addressing the two discretionary factors identified above. He may attach supporting declarations or other evidence,

which are not included in the five-page limit.

Moreover, on December 9, 2022, Magistrate Judge DeMarchi ordered Dr. Al-Baldawi to serve his application on RateMDs by December 23, 2022, and to promptly file proof of service afterwards.  ECF No. 3.  He has not yet done so.  As such, it is hereby ORDERED that Dr. Al-Baldawi shall serve RateMDs with his ex parte application, supplemental briefing, all supporting documents, and this Order within **seven (7) days** of filing his supplemental briefing.  Following service, Dr. Al-Baldawi shall promptly file proof of service with this Court.  If RateMDs intends to oppose Dr. Al-Baldawi's application, it shall file its opposition or a notice of intent to oppose within **fourteen (14) days** of service.  The application will become ripe for decision fourteen days after service unless RateMDs files an opposition or notice of intent to oppose by that time.

**IT IS SO ORDERED.**

Dated: April 18, 2023

EDWARD J. DAVILA
United States District Judge

Case No.: 5:22-mc-80329-EJD
ORDER RE SUPPLEMENTAL BRIEFING AND SERVICE
2